

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case 1:18-mj-00158 |
| Plaintiff, ) | Assigned To: Magistrate Judge Robin M. Meriweather |
| ) | Date Assigned: 12/13/2018 |
| vs. ) | Description: Rule 5 Arrest Warrant |
| ) | |
| SHERIF SADIK, ) | |
| ) | |
| Defendant ) | |

## INDICTMENT

### COUNT I
(Prohibited Person in Possession of a Firearm)

The Grand Jury charges that:

On or about August 23, 2018, in the City and County of St. Louis, in the Eastern District of Missouri,

**SHERIF SADIK**

the defendant herein, having been adjudicated a mental defective and having been committed to a mental institution, thereafter did knowingly possess a firearm, that being a Century Arms Canik model TP9SA, 9 millimeter pistol which previously traveled in interstate commerce during or prior to the Defendant's possession.

In violation of Title 18, United States Code, Sections 922(g)(4).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
Matthew T. Drake – 46499MO
Assistant United States Attorney